04-CV-02403-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WAYNE NEVILLE MORRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br>WESTERN DISTRICT OF WASHINGTON,<br><br>　　　　Defendant. | CASE NO. C04-2403Z<br><br>ORDER OF DISMISSAL |

　　　The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, plaintiff's "'Motion to Counterclaim,'" "Motion to 'Withhold Consent,'" and "'Motion to Take 'Judicial Notice,'" and the remaining record, does hereby find and ORDER:

　　　(1)　The Court adopts the Report and Recommendation;

　　　(2)　Plaintiff's pending motions (Dkts. 9-11) are DENIED, and this action is DISMISSED with prejudice;

　　　(3)　The Clerk is directed to send copies of this Order to plaintiff and Judge Theiler.

DATED this 26th day of August, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
PAGE - 1